IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

IN THE MATTER OF:  CASE NO. 14-38143-LMI
EUSTAQUIO FLORENCIO YZQUIERDO QUINONES  CHAPTER 13
    Debtor,
_____/

## DEBTOR'S MOTION TO MODIFY CONFIRMED BANKRUPTCY PLAN

**DEBTOR, EUSTAQUIO FLORENCIO YZQUIERDO QUINONES** (hereinafter referred to as "Debtor") by the undersigned attorney and file this, his Motion to Modify the Confirmed Bankruptcy Plan in this cause and as grounds for this motion would state as follows:

1. That the Debtor's 3rd Modified Chapter 13 Plan (D.E. #58) was confirmed on December 18, 2015, D.E. #65.

2. The Debtor was offered a permanent modification from Creditor Select Portfolio Servicing (hereinafter referred to "Creditor").

3. No creditors filed a proof of claim in this case and debtor seeks to terminate his bankruptcy early and pay for his modification outside of the bankruptcy.

4. That allowing modification, under the attached proposed plan, will allow for Debtor to pay his property directly.

**WHEREFORE**, the Debtor requests that this Honorable Court Grant his Motion to Modify Confirmed Bankruptcy Plan in this cause.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in local rule 910(d)(1) and (2).

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.
RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone
(888) 554-5607 Fax
bk@coronapa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this 11 day of July, 2017.

CORONA LAW FIRM, P.A.

/s/ Ricardo Corona, Esq.

RICARDO R. CORONA, ESQ.
Florida Bar No. 111333
3899 NW 7 Street
Suite 202-B
Miami, FL 33126
(305) 547-1234 Phone
(888) 554-5607 Fax
bk@coronapa.com